# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN III FLORES, et al., | Case No.: 1:17-cv-00427 JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT (Doc. 76) |
| v. | |
| FCA US LLC, | |
| Defendant. | |

The parties report they have settled the action. (Doc. 76) They indicate they will seek dismissal of the action after the settlement is effectuated. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than September 13, 2019**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __**August 2, 2019**__        __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE