**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
Maite Colon (SBN 322284)
maitec@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs,
**JULIAN III FLORES and ALEJANDRA FLORES**

**NIXON PEABODY LLP**
Jeanette C. Suarez (SBN 255141))
jsuarez@nixonpeabody.com
Kristi J. Livedalen (SBN 155207)
klivedalen@nixonpeabody.com
Jeffery Fadeff (SBN 111497)
jfadeff@nixonpeabody.com
300 South Grand Ave., Ste 4100
Los Angeles CA 90071
Telephone: (213) 629-6001
Facsimile: (310) 719-1019

Attorneys for Defendant,
**FCA US LLC**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIAN III FLORES and ALEJANDRA FLORES<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO : 1:17-cv-00427-JLT<br><br>**[PROPOSED] ORDER GRANTING IN PART JOINT STATUS REPORT REGARDING THE STATUS OF SETTLEMENT**<br><br>(Doc. 79) |

-1-
[PROPOSED ORDER] GRANTING JOINT STATUS REPORT

**ORDER**

The Parties request for continuance is GRANTED IN PART. It appears that the reason the settlement cannot be completed is the plaintiff's failure to surrender the vehicle, which seems at odds with the claims in this case. Because surrender of the vehicle is completely within the plaintiff's control, the Court declines to extend the dismissal deadline 60 days. Rather, the parties SHALL take all steps to accomplish the settlement as soon as possible but they SHALL file the dismissal documents no later than **October 18, 2019**.

IT IS SO ORDERED.

    Dated: **September 9, 2019**　　　　　　　　　**/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE