# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN III FLORES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FCA US LLC, <br><br> Defendant. | Case No.: 1:17-cv-00427 JLT <br><br> ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS <br> (Doc. 81) |

The parties and counsel seek an extension of time to file the dismissal documents. (Doc. 81) They report that they have not determined whether they can agree on an amount for attorneys' fees and costs. Id. at 2. They offer no detail as to their efforts to resolve this issue, despite that this case was settled in early August (Doc. 76). In any event, the Court will grant **one, final extension** of time to complete the settlement. However, the parties **SHALL** take all steps to accomplish the settlement as soon as possible, but they **SHALL** file the dismissal documents or motion for attorneys' fees no later than **December 2, 2019**.

IT IS SO ORDERED.

Dated: **October 18, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE